# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA (Northern Division)

Robert B. Lawrence, et al.

V.

PACTIV Corporation and Louisiana-Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 cv 758-LES

TO: (Name and address of Defendant)

PACTIV Corporation
c/o John Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    8/25/06

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __ALABAMA (Northern Division)__

Robert B. Lawrence, et al.

**SUMMONS IN A CIVIL ACTION**

V.

PACTIV Corporation and Louisiana-Pacific Corporation

CASE NUMBER: 2:06CV758-LES

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o Bernard Taylor
Alston & Bird
1201 W. Peachtree Street
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          8/25/06

CLERK                                                       DATE

(By) DEPUTY CLERK