**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PACTIV Corporation
℅ John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, Illinois 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ □ Agent
                  □ Addressee

B. Received by ( Printed Name)   31  AUG 2006 C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:          □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        ☑ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

7002 2030 0006 7824 7495

PS Form ..., February 2004     Domestic Return Receipt     102595-02-M-1540